# EXHIBIT B

Precise Leads, Inc

227 West 29th St., 14th Floor
New York NY 10001

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/16 | AL093016 |

**Bill To**

National Brokers of America
Alan Redmond
2525 North 12th Street, Suite 390
Reading, PA 19605

| P.O. No. | Due Date |
|---|---|
|  | 10/25/16 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Leads |  | 43,759.50 | 43,759.50 |

| | |
|---|---|
| **Total** | $43,759.50 |
| **Payments/Credits** | $-7,197.50 |
| **Balance Due** | $36,562.00 |

Phone #