**EXHIBIT F**



**KLEIN MOYNIHAN TURCO** LLP

450 7th Avenue, 40th Floor, New York, NY 10123
kleinmoynihan.com · 212.246.0900

ATTORNEYS AT LAW

**CONFIDENTIAL – FOR SETTLEMENT PURPOSES ONLY**

June 18, 2018

*Via E-Mail (alanredmond23@gmail.com) &*
*Certified Mail, Return Receipt Requested*
National Brokers of America Inc.
Attn: Mr. Alan Redmond
2525 North 12th Street, Suite 390
Reading, PA 19605

Re: Precise Leads, Inc.

Dear Mr. Redmond:

We serve as corporate and litigation counsel to Precise Leads, Inc. ("Precise").

As you are aware, on or about December 10, 2014, National Brokers of America Inc. ("NBA") and Precise entered into that certain Insertion Order ("IO"), which included Standard Terms of Sale attached thereto (the "Terms of Sale," and together with the IO, the "Agreement").

Pursuant to the terms of the Agreement, Precise agreed to generate and deliver certain leads (the "Leads") to NBA at specific agreed upon rates per Lead. The Leads were generated, tracked, delivered and accepted by NBA in accordance with the terms of the Agreement.

Precise sent monthly invoices to NBA for Leads generated and delivered during September 2016 (Invoice #AL093016), October 2016 (Invoice #2AL103116) and December 2017 (Invoice #AL120117), respectively (collectively, the "Invoices"). A summary of the Invoices, and the current amounts outstanding, are attached hereto as Exhibit A.

The Invoices requested payment from NBA for the Leads in accordance with the contractually-agreed upon rates. According to the terms of the Agreement, NBA was obligated to pay Precise on a weekly basis, with payment to be processed every seven (7) days by wire. To date, despite repeated assurances from NBA, Precise has not received payment due on the Invoices, and payment on some Invoices is now over two (2) years in arrears. Accordingly, we hereby demand that you immediately remit to Precise the past due amount of Ninety Thousand

{00130626;1}

**KLEIN MOYNIHAN TURCO** LLP

*National Brokers of America Inc.*
*Attn: Mr. Alan Redmond*
*June 18, 2018*
*Page 2*

Five Hundred and Fifty-Two Dollars ($90,552.00). This amount represents the total amount remaining past due on the Invoices.

Further, we intend this correspondence to provide notice to NBA of Precise's termination of the Agreement for NBA's material breach thereof.

We trust that NBA recognizes the severity of this situation and that NBA will immediately comply with our reasonable demands. Precise expects to receive the full past due amount set forth above within five (5) business days from the date of this letter. In the absence of such payment in full, Precise intends to pursue any and all legal and equitable remedies available to it. Should we proceed to court, we will seek: (1) any and all relevant court costs and attorneys' fees that Precise incurs in pursuit of this matter; (2) interest on all past due amounts; and (3) appropriate equitable relief.

Please be advised that Precise expressly reserves any rights afforded to it under the Agreement. This letter does not purport to be a complete statement of the law or of the facts surrounding this matter and is submitted without prejudice to Precise's legal and equitable rights, all of which are expressly reserved.

Please direct any and all correspondence or other communications related to this matter to the attention of the undersigned.

Sincerely,

Jonathan E. Turco

# Exhibit A

6/14/2018  Precise Leads Mail - Fwd: Invoice from Precise Leads, Inc.

# Precise.

Kiara Cort <kcort@preciseleads.com>

## Fwd: Invoice from Precise Leads, Inc.

**Kiara Cort** <kcort@preciseleads.com>  Thu, Jun 14, 2018 at 12:06 PM
To: Kiara Cort <kcort@preciseleads.com>

---------- Forwarded message ----------
From: **accounts@preciseleads.com** <accounts@preciseleads.com>
Date: Mon, Aug 1, 2016 at 9:19 AM
Subject: Invoice from Precise Leads, Inc.
To: "Alanredmond23@gmail.com" <Alanredmond23@gmail.com>, "jonah@nboainc.com" <jonah@nboainc.com>

Precise Leads, Inc
11 Times Square
10th Floor
New York, NY 10036

| Date | Invoice No. | Billing Period |
|---|---|---|
| 7/31/2016 | AL073116 | 7/1/2016 - 7/31/2016 |

**Bill To**

Alan Redmond
National Brokers of America, Inc.
2525 North 12th Street Suite 390
Reading, PA 19605

| | Due Date |
|---|---|
| | 7/26/2016 |

| Account Profile | Description | Rate | Qty | Total Sent |
|---|---|---|---|---|
| ARedmond-Health-Morning | | $4.00 | 0 | $0.00 |
| ARedmond-PremiumConnect Tier 2 | | $4.00 | 0 | $0.00 |
| ARedmond-Health-PremiumConnect BRP | | $4.00 | 0 | $0.00 |
| ARedmond-Health-Self Employed | | $6.00 | 0 | $0.00 |
| ARedmond-Health-Exclusive* | | $15.00 | 869 | $13,035.00 |
| ARedmond-Health-PremiumConnect MA only | | $6.00 | 0 | $0.00 |
| ARedmond-Health PC | | $4.00 | 0 | $0.00 |
| ARedmond-Health Shared* | | $2.50 | 5564 | $13,910.00 |
| ARedmond- Saturday Health* | | $15.00 | 79 | $1,185.00 |
| ARedmond-LiveLeads-Health-Transfers* | | $44.86 | 111 | $4,980.00 |
| ARedmond-LiveLeads-Health-Inbounds* | | $45.00 | 3 | $135.00 |
| Thank you for your business. | | **Total Leads** | **6626** | **Total $33,245.00** |

Case 1:18-cv-08661 Document 3-6 Filed 09/25/18 Page 6 of 11

6/14/2018 Precise Leads Mail - Fwd: Invoice from Precise Leads, Inc.

# Precise.

Kiara Cort <kcort@preciseleads.com>

## Fwd: Invoice from Precise Leads, Inc.

**Kiara Cort** <kcort@preciseleads.com>
To: Kiara Cort <kcort@preciseleads.com>

Thu, Jun 14, 2018 at 12:09 PM

---------- Forwarded message ----------
From: **accounts@preciseleads.com** <accounts@preciseleads.com>
Date: Thu, Sep 1, 2016 at 1:46 PM
Subject: Invoice from Precise Leads, Inc.
To: "Alanredmond23@gmail.com" <Alanredmond23@gmail.com>, "jonah@nboainc.com" <jonah@nboainc.com>

Precise Leads, Inc
11 Times Square
10th Floor
New York, NY 10036

| Date | Invoice No. | Billing Period |
|---|---|---|
| 8/31/2016 | AL083116 | 8/1/2016 - 8/31/2016 |

**Bill To**

Alan Redmond
National Brokers of America, Inc.
2525 North 12th Street Suite 390
Reading, PA 19605

| | Due Date |
|---|---|
| | 8/29/2016 |

| Account Profile | Description | Rate | Qty | Total Sent |
|---|---|---|---|---|
| ARedmond-Health-Morning | | $4.00 | 0 | $0.00 |
| ARedmond-Health-PremiumConnect* | | $4.17 | 252 | $1,051.00 |
| ARedmond-PremiumConnect Tier 2 | | $4.00 | 0 | $0.00 |
| ARedmond-Health-PremiumConnect BRP | | $4.00 | 0 | $0.00 |
| ARedmond-Health-Self Employed | | $6.00 | 0 | $0.00 |
| ARedmond-Health-Exclusive* | | $15.94 | 2055 | $32,758.00 |
| ARedmond-Health-PremiumConnect MA only | | $6.00 | 0 | $0.00 |
| ARedmond-Health PC | | $5.00 | 133 | $665.00 |
| ARedmond-Health Shared* | | $2.60 | 1618 | $4,199.00 |
| ARedmond- Saturday Health* | | $15.00 | 0 | $0.00 |
| ARedmond-LiveLeads-Health-Transfers* | | $45.00 | 836 | $37,620.00 |
| ARedmond-LiveLeads-Health-Inbounds* | | $45.00 | 43 | $1,935.00 |
| Discount | Returns | ($45.00) | (1) | ($45.00) |

Thank you for your business.  **Total Leads 4936   Total $78,183.00**

Precise Leads, Inc

227 West 29th St., 14th Floor
New York NY 10001

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/16 | AL093016 |

**Bill To**

National Brokers of America
Alan Redmond
2525 North 12th Street, Suite 390
Reading, PA 19605

| P.O. No. | Due Date |
|---|---|
|  | 10/25/16 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Leads |  | 43,759.50 | 43,759.50 |

| | |
|---|---|
| **Total** | $43,759.50 |
| **Payments/Credits** | $-7,197.50 |
| **Balance Due** | $36,562.00 |

Phone #

Precise Leads, Inc

227 West 29th St., 14th Floor
New York NY 10001

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/16 | AL103116 |

**Bill To**

National Brokers of America
Alan Redmond
2525 North 12th Street, Suite 390
Reading, PA 19605

| P.O. No. | Due Date |
|---|---|
|  | 11/15/16 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Leads |  | 52,040.00 | 52,040.00 |

| | |
|---|---|
| **Total** | $52,040.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $52,040.00 |

Phone #

| Date | Invoices | Description | Balance | |
|---|---|---|---|---|
| | | Credit From Overpayment | $ | (9,675.50) |
| 7/31/2016 | AL073116 | | $ | 33,245.00 |
| 8/31/2016 | AL083116 | | $ | 78,183.00 |
| 9/8/2016 | | Payment | $ | (10,000.00) |
| 9/20/2016 | | Payment | $ | (10,000.00) |
| 9/27/2016 | | Payment | $ | (10,000.00) |
| 9/30/2016 | | Payment | $ | (13,000.00) |
| | | | $ | 58,752.50 |

## Alan Redmond Audit

| Date | Invoice # | Memo | Charge | Paid | Balance |
|---|---|---|---|---|---|
| Balance Forward | | | | | $ 58,752.50 |
| 9/30/2016 | AL093016 | | $ 43,759.50 | | $ 102,512.00 |
| 10/11/2016 | | CC Payment | | $ 14,000.00 | $ 88,512.00 |
| 10/18/2016 | | CC Payment | | $ 5,000.00 | $ 83,512.00 |
| 10/31/2016 | AL103116 | | $ 52,040.00 | | $ 135,552.00 |
| 11/1/2016 | | CC Payment | | $ 7,000.00 | $ 128,552.00 |
| 11/2/2016 | | CC Payment | | $ 7,000.00 | $ 121,552.00 |
| 11/21/2016 | | CC Payment | | $ 4,500.00 | $ 117,052.00 |
| 1/5/2017 | | CC Payment | | $ 500.00 | $ 116,552.00 |
| 1/6/2017 | | CC Payment | | $ 1,000.00 | $ 115,552.00 |
| 1/16/2017 | | CC Payment | | $ 500.00 | $ 115,052.00 |
| 1/16/2017 | | CC Payment | | $ 500.00 | $ 114,552.00 |
| 1/23/2017 | | CC Payment | | $ 950.00 | $ 113,602.00 |
| 3/3/2017 | | CC Payment | | $ 25,000.00 | $ 88,602.00 |
| 12/1/2017 | AL120117 | | $ 1,950.00 | | $ 90,552.00 |

Case 1:18-cv-08661 Document 3-6 Filed 09/25/18 Page 11 of 11