UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECISE LEADS, INC.,

        Plaintiff,

against

NATIONAL BROKERS OF AMERICA, INC.,

        Defendant.

CIVIL ACTION NO.: 18 Civ. 08661 (RA) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Plaintiff's request to supplement its evidence concerning additional legal fees for services rendered since January 31, 2019 (ECF No. 34 ¶ 21) is GRANTED. Plaintiff is directed to file its supplement by **Thursday, January 9, 2020**. The supplement should also include evidence supporting the requested amount of "$115 in service of process fees to 'Attorney Services of Northeast Ohio' for the service of process effected by process server David Blackford on NRAS." (See ECF No. 21 ¶ 26).

Dated:     New York, New York
            January 2, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge