

**KLEIN MOYNIHAN TURCO** LLP
ATTORNEYS AT LAW

450 7th Avenue, 40th Floor, New York, NY 10123
kleinmoynihan.com · 212.246.0900

January 9, 2020

<u>Via ECF</u>
Magistrate Sarah L. Cave
United States District Court Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Precise Leads, Inc. v. National Brokers of America, Inc.*
Civil Case No.: 18-cv-8661
<u>Request for Extension</u>

Dear Magistrate Judge Cave:

On January 2, 2020, an Order was entered granting Plaintiff's request to provide supplemental evidence of legal fees for services rendered since January 31, 2019. The Order directed Plaintiff to file such supplemental evidence by January 9, 2020.

Given the delays related to the holidays and new year, and the associated difficulty coordinating with our client during this period, we would respectfully request a one (1) week extension of the deadline to file the supplemental evidence.

Thank you for your time and consideration of this matter.

Sincerely,

Neil E. Asnen

---

Plaintiff's Letter-Motion for an extension of time to file (ECF No. 40) is GRANTED. Plaintiff is directed to file its supplement by **Thursday, January 16, 2020**. No further extensions will be granted. The Clerk of Court is respectfully directed to close ECF No. 40.

SO-ORDERED 1/10/2020

SARAH L. CAVE
United States Magistrate Judge

{00134211;1}