UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRECISE LEADS, INC.,

                         Plaintiff,

-against-

NATIONAL BROKERS OF AMERICA, INC.,
                         Defendant.
------------------------------------------------------------X

18 CIVIL 8661 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 13, 2020, as no objections to the Report were filed, the Court has reviewed Judge Cave's Report for clear error. The Court has identified only one minor error in the Report. In calculating the pre-judgment interest for the September 30, 2016 invoice, the Report recommends that Plaintiff be awarded $21,339.90. See Rpt. at 11. Although the underlying calculation is correct, see Rpt. at 11 & n.5, there appears to be a typographical error in that the calculation amounts to $21,333.90- not $21,339.90. As such, the pre-judgment interest is adjusted such that Plaintiff is awarded $21,333.90 for the September 30, 2016 invoice and $51,880.04 for the three invoices altogether. With the exception of this typographical error, the Court finds no other error - clear or otherwise - and thus the well-reasoned Report is adopted in its entirety. Plaintiffs are awarded (1) damages in the amount of $90,552.00; (2) pre-judgment interest in the amount of $51,880.04; (3) post-judgment interest calculated pursuant to 28 U.S.C. § 1961; (4) attorneys' fees in the amount of $12,366.61; and (5) costs in the amount of $565.00; accordingly, the case is closed.

**Dated:** New York, New York
           February 20, 2020

                                               **RUBY J. KRAJICK**
                                               **Clerk of Court**

            **BY:**
                                               **Deputy Clerk**